# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133690

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

EUGENE ROY HILL,
   Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133690
COA: 275958
Hillsdale CC: 05-290929-FH

   On order of the Court, the application for leave to appeal the February 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

p0723

          Clerk